# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| DR. MOHAMMAD REZA SALAMI, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DR. JOSEPH MONROE and NORTH )<br>CAROLINA A&T STATE )<br>UNIVERSITY, )<br>)<br>Defendants ) | 1:10CV185 |

## ORDER AND RECOMMENDATION OF
## UNITED STATES MAGISTRATE JUDGE

This matter comes before the Court *sua sponte*. By order of this Court dated April 30, 2010, Plaintiff was forewarned that this action would be dismissed without further notification should he fail to comply within fifteen days with the Court's earlier order conditionally granting plaintiff pauper status.

Now, upon finding that plaintiff has failed to so comply, **IT IS ORDERED** that plaintiff pauper status is revoked. **IT IS RECOMMENDED** that this action be dismissed without prejudice.

　　　　　　　　　　　　　　　　　　　　/s/ P. Trevor Sharp
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Date: July 8, 2010